**FILED**
JUN - 5 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YUSEF BUSH, :
:
    Petitioner, :
:
v. : Civil Action No. **08 0969**
:
PAUL M. SCHULTZ, :
:
    Respondent. :

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that petitioner's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the petition for a writ of habeas corpus is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                              United States District Judge

Date: 5/15/08