# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5230**                    **September Term 2007**

**1:08-cv-00969-UNA**

**Filed On: August 18, 2008** [1133603]

Yusuf Bush,

    Petitioner

    v.

Paul M. Schultz,

    Respondent

## O R D E R

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
     Heather T. Stockslager
     Deputy Clerk